No. 07-42-DCB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

## UNITED STATES OF AMERICA
v.
**TIMOTHY L. KYNE**

## INDICTMENT

18/2423(b) - Travel with intent to engage in illicit sexual conduct - 1 count

A TRUE BILL

_____
FOREPERSON

Filed in Open Court on 6/14/07

CLERK

Bail, $ _____

Eastern District of Kentucky
FILED

JUN 1 4 2007
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
JUN 1 4 2007
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 07-42-DCR
    18 U.S.C. § 2423(b)

TIMOTHY L. KYNE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 13, 2007,

**TIMOTHY L. KYNE**

did knowingly travel in interstate commerce from the State of Indiana to Campbell County, in the Eastern District of Kentucky, for the purpose of engaging in illicit sexual conduct; all in violation of 18 U.S.C. § 2423(b).

A TRUE BILL

_____
FOREPERSON

_____
AMUL R. THAPAR
UNITED STATES ATTORNEY

## PENALTIES

Not more than 30 years imprisonment, not more than $250,000 fine, and supervised release of any term of years or life.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.