# *Criminal*
# *Case Assignment*

Case number **2:07CR-42**

Assigned : Judge David L. Bunning
Judge Code : 4315

Assigned on 06/14/2007

Request New Judge .....