NOV 0 2 2007

Eastern District of Kentucky
**FILED**

NOV 2 - 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

October 22, 2007

To Judge David Bunning

I am Tim Kyne's eldest sibling and I am writing this letter on his behalf. My brother Tim is a kind and loving member of our family. I am the eldest of five children and Tim is the youngest. This has given us a very strong bond as there is a difference of ten years in our ages. As a little boy, Tim was super active, very entertaining and confident. Once he started elementary school, we discovered that he had learning challenges. He was diagnosed with dyslexia and subsequently he was held back in the third grade. I firmly believe this was a pivotal moment in Tim's life. His self esteem and confidence was badly shaken and I don't think he ever recovered.

Tim has written me many letters expressing his sorrow for the wrong he has done. Not regret for being caught but regret for his actions and the pain it as caused his family and friends.

None of us condone or even understand Tim's actions but we are all dedicated to helping him in any way we can.

I love my brother dearly. He is a good and loving person at heart. He is working hard to become a better person. He is reading and studying the Bible and meeting with Brother Joe to pray and reflect.

Thank you for taking the time to read my letter. I hope it will help you decide on a course that will not just punish my brother, but help him get his life back on track.

Respectfully yours

Martie Kyne Curl
18516 Kelly Cave Trail
Dallas, TX 75252
972-732-6112

NOV 0 2 2007

October 18, 2007

Dear Mr. Travis,

Please accept these letters of character regarding Timothy Kyne for Judge Bunning. We are all praying that Tim will be able to serve his time in a facility where he will be safe and can work on improving his life. We know he is trying now to turn his life around and we stand behind one hundred percent.

Thank you so much for all your help and understanding.

Sincerely,

John and Betty Kyne

Judge David Bunning,
Ref: Timothy L. Kyne

September 21, 2007

NOV 0 2 2007

Dear Judge Bunning,

I just want you to take a minute to read this. I know your days are busy but I hope they are giving back to you as much as you give to them. Tim has always been a loyal and helpful and hardworking son. We know he is a good soul who has made a very serious mistake. We are aware of how sorry and depressed he is for the heartache he has caused his family. We are all going to stand by him one hundred percent with our prayers and support. We pray Tim will be able to get psychological help and schooling. We know he has the ability to further his education and improve his lifestyle. We all love him a great deal. We believe he will do all he can to give back to the community upon his release.

We have questioned his nieces and nephews, and friends with children, and they have all stated they love Tim and he has never in any way caused them any harm.

We pray Tim will be sent to a facility where he can be productive and receive the help he needs through psychological care and schooling while he is serving his time.

Sincerely,

John W. and Betty J. Kyne
Parents of Timothy L. Kyne

Dear Judge David Bunning, September 18, 2007

I am writing on behalf of my brother, Timothy L. Kyne. I know my brother has committed a crime and is required to pay for that. Tim has always been a kind, caring and hard working brother who would to anything for a person in need. I know he still possess those positive traits.

I am requesting that Tim be placed in a facility that will be able to address his mental and emotional problems and further his education. I know that Tim can and will make something of his life when he is released. At no time did Tim harm any of my children. I feel with needed help through counseling and education, Tim will lead a positive, productive life when he is released.

I unconditionally love my brother and I want only the best for him. Thank you for your time and dedication.

Sincerely,

Sally A. Clements

NOV 0 2 2007

Dear Judge Bunning,

I am Timothy L. Kyne's sister. I was shocked when Tim got arrested because I did not believe he would mean anyone harm. Tim has always been a great brother. Always looking after me and my family. He is kind loving and funny. Always the first to make you feel good about yourself.

Please take this into consideration when placing him. He needs help and I am sure he will be grateful for it. I know in my heart that Tim is very sorry for the pain he has caused his family and friends. I know with some counseling and schooling he will be a great person in society.

Thank you for your time,

Peggy Aveyard

Pastor Wayne Smith
Lighthouse Ministries
210 Poplar Street
Bellevue, KY 41073
Phone 859/491-3423
Fax 859/491-3034
Bro. Joe Paslay CPC
Phone 513/674-9600

September 24, 2007

NOV 0 2 2007

Dear Judge David Bunning:

Thank you for this opportunity to introduce myself to you. My name is Joseph Paslay and I am a representative for Lighthouse Ministries located in Bellevue, Kentucky, a non-denominational church. We have been fortunate to be permitted to conduct weekly services for all inmates housed at the Campbell County DC and the Restricted Custody Center. Both men and women at these facilities have the opportunity to attend the weekly services under the leadership of Pastor Wayne Smith of Lighthouse Ministries.

Attendees have been from every walk of life with varied backgrounds and experiences. Mr. Tim Kyne has been a consistent attendee at the Campbell County DC, only missing when floor call did not permit. There has been a definite change in his demeanor and he has shown tremendous personal growth over the many weeks that I have known him. Tim has conducted himself in a sincere, courteous, and gentlemanly manner. He has opened himself up to honesty and truth, and I have seen both his tears and contrition since professing Christianity.

I have come to believe in Tim and have confidence that upon his release, his life will follow a different road than in the past. Conversations with him have revealed a deep desire for this change as well as a strong conviction to continue in his faith and walk with Jesus Christ.

Within our church fellowship, there are many success stories of lives totally changed through Jesus Christ. I know, because I happen to be one of those whose life was dramatically changed forever. I feel Tim has already made the first step toward this change and believe he will continue.

Thank you for your consideration and time. We greatly appreciate the opportunity extended to us to work at the Centers and prayerfully endeavor to impact and change for the better, the live of these men and women. Thank you again.

Sincerely,

Joseph L. Paslay CPC

NOV 0 2 2007

109 Rockhill Ave.
Kettering, Ohio 45429
September 18, 2007

Dear Judge David Bunning:

    I am writing you regarding my nephew Tim Kyne's court hearing scheduled for November 5th., over which I understand you are presiding.

    I was shocked when I heard of Tim's arrest, so I called his parents; however, they said they didn't want to talk about it. In fact, I have been with them various times since then, but they have never mentioned Tim and neither have I. This may sound strange, but if you have any children you can surely imagine how heart-broken and humiliated they must be.

    His sister, Peggy, gave me Tim's mailing address, but she didn't say what he was apprehended for as neither did Tim in our correspondence. Whatever the charge, I truly believe no one is perfect and we all make mistakes, which we regret later.

    Tim is my brother's youngest son and I have always felt very close to him, feeling very proud that he is my nephew. We have enjoyed so many good times together through the years, as Tim is extremely pleasant to be with. I have never seen him angry or heard him say anything to hurt someone's feelings.

    I miss him very much, remembering all the thoughtful things he did for my husband and I, like taking time to stop by our house for a visit and bringing me a gift every year for my birthday. Not many nephews are that considerate. I will be eighty this December and will certainly miss Tim not being here to celebrate with me.

    I am telling you this because I want you to know that no matter what Tim is guilty of, he is definitely a good person, and I hope and pray that you will be compassionate and exercise fair judgement toward Tim at the hearing. I do not feel that a lengthy confinement would be beneficial for Tim, his parents or society, as he is surely no threat to anyone. Perhaps a parole with therapy and counseling would be a better solution.

NOV 02 2007

If there is something I can do on Tim's behalf, please let me know, as I am so sorry for him and would be willing to do anything to help him through this ordeal.

Sincerely,

Colleen Willhelm

*Colleen Willhelm*

# DR. MICHAEL W. AVEYARD
# 5425 LITTLE SUGARCREEK ROAD
# DAYTON, OHIO 45440

NOV 0 2 2007

Judge Bunning,

I am Timothy Kyne's brother-in-law. I have known Tim for 14 years. During that time he has always been kind and courteous to me and shown respect for others. His recent charges and conviction is totally foreign to his basic personality and behavior traits.

I have talked to him on repeated occasions since his incarceration and found him to be sincerely sorry and deeply repentive for his terribly mistaken actions. I feel he has totally accepted full responsibility for his conduct and accepts the penalties that you will impose.

I only pray and ask that further incarceration be aimed at constructive counseling and positive rehabilitation for a totally shattered but basically a very good person.

Sincerely,

Michael W. Aveyard