PROB 12A
(12/88)
Kyne, Timothy L. Case No.: 2:07-CR-42-DLB-1

# United States District Court

## for

## Eastern District of Kentucky

Eastern District of Kentucky
FILED

DEC 3 0 2010

AT COVINGTON
LESLIE G W⋯
CLERK U S DISTRIC⋯ COURT

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy L. Kyne | Case Number: 2:07-CR-42-DLB-1 |

Name of Sentencing Judicial Officer: The Honorable David L. Bunning
United States District Judge

Date of Original Sentence: November 5, 2007

Original Offense: Travel With Intent to Engage in Illicit Sexual Conduct, a Class B felony, in violation of 18 U.S.C. § 2423(b)

Original Sentence: 46 month(s) prison; 20 years supervised release; shall be required to participate in the sex offender treatment program as adopted by the Courts of the Eastern District of Kentucky; shall pay for the cost of any/all polygraph examinations to the extent he is able as determined by the probation officer; shall participate in a program for treatment of mental health/sexual disorders, and shall undergo a sex offender risk assessment, psychosexual evaluation and/or other evaluation as needed, be subject to periodic polygraph examinations, at the discretion and direction of the probation officer, and shall follow the rules and regulations of the sex offender treatment program as implemented by the probation officer; shall not consume any alcoholic beverages; residence and employment shall be pre-approved by the probation officer and in compliance with state and local law; shall not frequent, volunteer, or work at places where children under the age of 18 congregate unless approved by the probation officer, and shall have no contact with victims; shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18 without the permission of the U.S. Probation Officer; shall not possess, view, listen to, or go to locations where any form of pornography, sexually stimulating performances, or sexually orientated material, items, or services are available; shall not possess or use a device capable of creating pictures or video; shall not rent or use a post office box or storage facility; shall register as a sex offender as prescribed by law; shall not possess or use a computer or any device with access to any on-line computer service at any location, including place of employment, without the prior written approval of the probation officer; shall consent to the U.S. Probation Officer conducting unannounced examinations of his computer system(s) and internal/external storage devices, which may include retrieval and copying of all memory from the hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his

computer(s), any hardware/software to monitor his computer use or prevent access to particular materials, and to consent to periodic inspection of any such installed hardware/software to ensure it is functioning properly; shall provide the U.S. Probation Office with accurate information about his entire computer system and internal/external storage devices, all passwords used by him, and will abide by all rules of the Computer Restriction and Monitoring Program; shall submit his person, residence, office, vehicle, or any property under his control to search, conducted by a U.S. Probation Officer(s) at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation of supervision; shall inform any other residents that the premises may be subject to searches pursuant to this condition; and pay a $100 special assessment.

Type of Supervision: **Term Of Supervised Release**    Date Supervision Commenced: **August 13, 2010**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Timothy L. Kyne allegedly violated the mandatory condition requiring him to not possess a firearm, ammunition, destructive device, or any other dangerous weapon. On November 19, 2010, Timothy L. Kyne possessed a large knife. |

On November 19, 2010, during a routine home visit, a large survival type knife with an approximate six inch blade was observed on an end table in the living room of Timothy L. Kyne's apartment. When confronted with the knife by the probation officer, Mr. Kyne acknowledged he should not have it. The probation officer confiscated the knife, and Mr. Kyne was instructed to report to the U.S. Probation Office on November 22, 2010, to further discuss the knife. On November 22, 2010, Mr. Kyne reported as instructed. At that time, the defendant reported he found the knife in his tool pouch. Mr. Kyne reported he hunted in the past and used the knife for that purpose. The defendant also stated he has used the knife in his profession as an electrician, for cutting large wires. Mr. Kyne acknowledged again he should not have the knife due to its size. Mr. Kyne added he left the knife on the end table as a reminder to give it to his father or a friend.

### U.S. Probation Officer Action:

This officer verbally admonished Mr. Kyne for having the knife and reminded him of his condition not to possess a firearm, ammunition, destructive device, or any other dangerous weapon. Based on Mr. Kyne's explanation for having the knife and the action taken by this officer, it is respectfully recommended that no further action be taken against Mr. Kyne by the Court.

Respectfully submitted,

by *[signature]*

Laura A. Sebulsky
U. S. Probation Officer
Date: 12-21-10

Approved,

by *[signature]*

Kristin Keyer
Senior U. S. Probation Officer
Date: 12-21-10


PROB 12A
(12/98)
Kyno, Timothy L. Case No.: 2:07-CR-42-DLB-1

3

[X]     I concur with the recommendation of the Probation Officer
[ ]     Submit a Request for Modifying the Condition or Term of Supervision
[ ]     Submit a Request for Warrant or Summons

Signature of Judicial Officer

12/30/10

Date

Signed By:
David L. Bunning
United States District Judge